## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THEODORE WILLIAMS, DENNIS McLAUGHLIN, JR., CHARLES CRAIG, CHARLES ROBINSON, EDWARD GASDICK, and FRANK TROMBETTA, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LESLIE S. RICHARDS, Secretary of Pennsylvania Department of Transportation, in her individual capacity; SCOTT CHRISTIE, Deputy Secretary for Highway Administration, Pennsylvania Department of Transportation, in his individual capacity; H. DANIEL CESSNA, District Executive, District 11, Pennsylvania Department of Transportation, in his individual capacity; and ANGELO PAMPENA, Senior Highway Maintenance Manager in District 11 of the Pennsylvania Department of Transportation in his individual capacity.<br><br>Defendants. | Civil Action No.: 2:16-cv-00525-MPK<br><br>Class Action<br><br>JURY TRIAL DEMANDED<br><br>Magistrate Judge Maureen P. Kelly<br><br>Electronically Filed<br><br>*Re: ECF No. 94* |

## ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES

Having reviewed and considered Plaintiffs' unopposed Motion for Attorneys' Fees,

Costs, and Expenses; the supporting Memorandum of Law and supporting materials; and the

entire record in this case; the Court hereby ORDERS that the Motion is GRANTED.

The Court has considered the factors set forth in Gunter v. Ridgewood Energy Corp., 223

F.3d 190, 195 n.1 (3d Cir. 2000) and finds that the requested attorney fee award of $805,985.80

is a reasonable "percentage-of-recovery" as additionally confirmed by a "lode-star cross-check."

See In re Prudential Insurance Co. America Sales Practice Litigation Agent Actions, 148 F.3d

283, 333 (3d Cir. 1998). The Court also finds that Plaintiffs' request for costs and expenses totaling $28,296.50 should be approved.

The requested total award of $834,282.30 is hereby approved and Defendants are directed to make payment of these fees, costs, and expenses as set forth in the parties' Settlement Agreement.

Dated: *June 10, 2019*

BY THE COURT:

Magistrate Judge Maureen P. Kelly